1  Brian P. Ballo, Esq.  #134892
2  **Law Office of Brian P. Ballo**
   4500 Campus Dr., Suite 410
3  Newport Beach, CA 92660
   p:  (949) 690-4100  f: (949) 315-3100
4  ballolaw@gmail.com

5  Attorney for Plaintiff                                          JS-6
   Ronald C. Quintero

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD C. QUINTERO, an Individual,** | CASE NO.  SACV 10-1020-JVS(MLGx) |
| **Plaintiff,** | [Removed from O.C. Superior Court, Case No. 30-21010-00382054] |
| v. | |
| **J.P. MORGAN CHASE BANK, N.A.,** a Delaware corporation, qualified to do business in California; **EMC MORTGAGE CORPORATION,** a Delaware corporation, qualified to do business in California; **CAL-WESTERN RECONVEYANCE CORPORATION,** a California corporation;  **GREEN TREE FINANCIAL SERVICING, LLC,** a Delaware corporation, qualified to do business in California, and Doe Defendants 1 through 10, | **ORDER APPROVING STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>28 U.S.C. Section 1447 (c)<br><br>Action filed:  June 17, 2010 |
| **Defendants.** | |

Having reviewed the Stipulation entered into by and between Plaintiff Ronald C. Quintero ("Plaintiff") and defendants JP Morgan Chase Bank, N.A. ("JPMorgan"), EMC Mortgage Corporation ("EMC") and Cal-Western Reconveyance Corporation ("Cal-Western") (collectively, "Defendants"), by and through their respective counsel,

-1-
Ordre Approving Stipulation to Remand (Quintero v. JP Morgan Chase, et. al.)

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED THAT: |

1. This case is hereby remanded to the Superior Court.

2. The parties are to bear their respective costs, expenses, and attorneys' fees in connection with the removal of this case from Superior Court to the District Court.

3. A certified copy of the Order of Remand shall be mailed by the clerk of the District Court to the clerk of the Superior Court.

Date:  September 03, 2010

_____
Judge of the United States District Court